(COB #215ABC voreliefstay)(07/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE A. Bruce Campbell

In re:

    John Lee Rose
    Karena Dawn Stocker

Debtor(s)

Case No.:   09−35770−ABC
Chapter:    7

SSN/TID Nos.   xxx−xx−8116
    xxx−xx−8828

**ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY**

   A motion for relief from stay, Document No.18 ,("Motion"), has been filed in the above captioned case by US Bank, NA ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

   ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, regarding the following described property:

      1401 Monaco Parkway, Denver, CO 80220

   IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  2/19/10

BY THE COURT:
s/ A. Bruce Campbell
United States Bankruptcy Judge